# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ERNIE CALHOON

PLAINTIFF(S),

v.

STATE BAR OF CALIFORNIA, et al.

DEFENDANT(S).

CASE NUMBER:

22−7093

## NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT

To:  All Counsel Appearing of Record

Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the __ Division for all further proceedings.

X     Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Eastern_  Division.

This case has been reassigned to case number  _5:22−cv−1725 JGB (SHKx)_  and has been assigned to  _Judge Jesus G. Bernal_  for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby assigned/reassigned to __ for:

any discovery and/or post-judgment matters that may be referred.

for all proceedings in accordance with General Order 05-07.

All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _5:22−cv−1725 JGB (SHKx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**Please be advised that no further filings may be made under case number  22−7093 . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By:  /s/ *Geneva Hunt*
 *geneva_hunt@cacd.uscourts.gov*
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*