Ernie Calhoon
8181 Sierra Avenue, Suite 4131
Fontana, CA 92335
760-239-6663
 (calhoonlaw@yahoo.com)

Attorneys for Plaintiff

# FEDERAL DISTRICT COURT FOR CALIFORNIA
## CENTRAL DISTRICT, EASTERN DIVISON

**Ernie Calhoon et al**
  **Plaintiffs,**
v.
**State Bar of California et al**
  Defendants.

CASE No: **5:22-cv-01725-JGB-SHK**

RESPONSE RE: OSC SET RE: DISMISSAL FOR NON PROSECUTION

Now comes Plaintiffs and gives notice of opposition to osc for dismissal set unilaterally by the right honorable court.

I, Ernie Calhoon, Declare:

1. I have practiced law about 37 years, am a former deputy DA, public defender and democratically elected law mater.

2. This lawsuit concerns in large part the illegal dissemination and use by defendants of confidential information in violation of federal and state law and the ADA, as already adjudicated by California State Court / State Bar Court (res judicata).

3. That subject matter has apparently created some extra hurdles and confusion which I am attempting to address and overcome.

4. I don't know anything about this area of law except my rights, and

1 – Plaintiffs Oppostion to Doomsday Motion to Dismiss for Non Prosecution of matter filed barely 60 days before OSC to dismiss was issued

       really those of my clients as well, were violated and adjudicated as such and great damages were caused via really a criminal and/or extreme civil conspiracy on the part of the government.

5.     I understood a need to serve within 120 days by rule, and fully expect to have the complaint amended and served by then, so this matter is moving forward and I am perplexed by this "doomsday" OSC set on so little notice.  However, rest assured all is being addressed and I have been seeking guidance on how to address all needs of this cae and so it may be kept confidential.  (I'm sure the defendants would like nothing more than for this lawsuit to bring them to justice would result in the further dissemination of materials which were already adjudicated via frivolous mean spirited action that they conspired and brought to hurt innocent babies, children and others, not to mention me, they were adjudicated to have violated the law, so they would love for this action to result in that.  It should not, nor should it just be dismissed so that all their misguided, lying unethical and I believe criminal misconduct is just swept under the rug.  Ultimately another branch of government will no doubt need to deal with them, as really 1 sort of already has as a jurist appointed by another branch adjudicated and ruled finally against them already.  However, until then I would like to see some justice for my clients, many of whom are defenseless and oppressed including directly by Defendants, I'd like to see some justice in our justice system for them and I too.

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

       Respectfully submitted,

**Ernest Calhoon    /s/**

**Dated: 12/15/22**   _____
                                                 **Ernest Calhoon of Attorneys for Plaintiffs**

2 – Plaintiffs Oppostion to Doomsday Motion to Dismiss for Non Prosecution of matter filed barely 60 days before OSC to dismiss was issued