1  Ernie Calhoon
2  8181 Sierra Avenue, Suite 4131
   Fontana, CA 92335
3  760-239-6663
4   (calhoonlaw@yahoo.com)

5  Attorneys for Plaintiff

## FEDERAL DISTRICT COURT FOR CALIFORNIA
## CENTRAL DISTRICT, EASTERN DIVISON

| | |
|---|---|
| **Ernie Calhoon et al**<br>　　　**Plaintiffs,**<br>v.<br>**State Bar of California et al**<br>　　　Defendants. | CASE No: **5:22-cv-01725-JGB-SHK**<br><br>EX-PARTE APPLICATION TO SEAL ENTIRE FILE IN THIS MATTER DUE TO MOST SUBJECT MATTER RELATED TO CONFIDENTIAL ADA INFORMATION ILLEGALLY DISSEMINATED BY DEFENDANTS AS ALREADY ADJUDICATED BY STATE COURT, THUS IT WOULD DEFEAT PURPOSE OF SUIT TO DISSEMINATE CONFIDENTIAL INFORMATION WITH FILING OF THIS LAWSUIT |

　　　Now comes Plaintiffs and give notice his request to seal the entire file in this matter and not make same public as the lawsuit concerns in large part the illegal dissemination and use by defendants of confidential information in violation of federal and state law and the ADA, as already adjudicated by California State Court / State Bar Court (res judicata).

　　　I, Ernie Calhoon, Declare:

　　　1.　　I have practiced law about 37 years, am a former deputy DA,

1 – Plaintiffs Ex Parte Motion to Seal

1. public defender and democratically elected law mater.

2. This lawsuit concerns in large part the illegal dissemination and use by defendants of confidential information in violation of federal and state law and the ADA, as already adjudicated by California State Court / State Bar Court (res judicata).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

**Dated: 12/15/22**

**Ernest Calhoon          /s/**
_____
**Ernest Calhoon of Attorneys for Plaintiffs**

2 – Plaintiffs Ex Parte Motion to Seal