Ernie Calhoon
8282 Sierra Avenue, Suite 4131
Fontana, CA 92335
760-239-6663
 (calhoonlaw@yahoo.com)

Attorneys for Plaintiff

# FEDERAL DISTRICT COURT FOR CALIFORNIA
# CENTRAL DISTRICT, EASTERN DIVISON

| | |
|---|---|
| **Ernie Calhoon et al**<br>         **Plaintiffs,**<br>v.<br>**State Bar of California et al**<br>         Defendants. | CASE No: **5:22-cv-01725-JGB-SHK**<br><br>RULE 60 MOTION TO SET ASIDE DISMISSAL AND ALLOW MATTER TO PROCEED AND REQUEST FOR ORAL HEARING ON SAME |

    Now comes Plaintiffs and gives notice of his rule 60 motion in this pre service matter based upon excusable inadvertence, surprise or neglect.  It is merely asked that the missing simple forms be accepted and that dismissal be set aside and this matter be permitted to proceed.  It was filed when it was to guarantee no problem with statute of limitations and with intention to amend the complaint and serve.  The odd thing was Plaintiff was contacted by clerks about need to engage in a process regarding making sealing permanent.  If anything else was raised I do not recall it, and so that was the sole focus and when the court inquired and set OSC long before the 120 days permitted by rule to serve, the response was to file a Request to Seal (I believe heretofore not rules upon) and also file a declaration stating as follows addressing the confusion over the issue I was contacted about by the clerk's office which complicated things and confused,

1 –

and then the intention to amend and serve: "That subject matter has apparently created some extra hurdles and confusion which I am attempting to address and overcome … I understood a need to serve within 120 days by rule, and fully expect to have the complaint amended and served by then, so this matter is moving forward…" This is what I understood from communications with the clerk's which were initiated to me, and I did not understand any other obligations, but I have just late this week been told otherwise. I did contact several lawyers but very limited means after that which occurred to me, and so ultimately wound up with someone I met in the law library who was apparently a lawyer, but I later learned they are disbarred and probably not sane. This greatly complicated matters and made me late on several matters including this and caused matters to be a little late in what I did submit here which was very short noticed. I am sorry and accept responsibility, but ask for relief per this section and constitutional due process.

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

… or (6) any other reason that justifies relief.

(c) Timing and Effect of the Motion.

(1) *Timing.* A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding….

(d) Other Powers to Grant Relief. This rule does not limit a court's power to:

(1) entertain an independent action to relieve a party from a judgment, order, or proceeding

2 –

I, Ernie Calhoon, Declare:

1. I have practiced law about 37 years, am a former deputy DA, public defender and democratically elected Democratic law mater.

2. I was nearly killed in a head on car wreck with severe injuries and then again by COVID 19 in late 2020 exacerbating the problems from the accident and more. It continues to affect my health dramatically and I have still tried to work some including defending the defenseless and oppressed under Business and Professions 6068(h). This overwhelms me and, for example, I have had an excruciating matter involving custody of 3 and 5 year old Latina/black/white mixed sisters with mother and family here and the father and his in Northern California – this resulting in judicial corruption and removal of a judge from that case, extremely time consuming and overwhelming me. I have been sick in October for an extended period as well, and continuing to varying degrees becoming much worse the week before Christmas finally seeing doctor placed on antibiotics finishing this week and not diagnosed with acute bronchitis and placed on a breathing device and medications. This has incapacitated me.

3. I attempted to find help, but the "help", who I thought was a lawyer is a disbarred lawyer who appears to have lost his mind. He was wearing me out and getting nothing done, and what he did do was all wrong and also very upsetting to me. He was specifically supposed to help work on this and the only input he gave was some sort of non stipulation. He ultimately did nothing and the rough drafts he had had for nearly a week were filed a little late. It was very upsetting. I have since learned that the problem in the case is really just a couple of

3 –

simple forms which I can and will correct  (I will do so with an amended – I was just diagnosed with acute bronchitis after coming off antibiotics and 4 medications re: a severe illness incapacitating me for weeks (and the medications making me completely incapacitated for approximately a week).

4. I am not in great shape at present, am scheduled to see the doctor again late next week after 5 or 6 days of being on a breather twice per day for the bronchitis.  My lungs and through are in pain and I don't feel well.  And I have other limitations I will explore further in a separate submission to this honorable court wherein I will include the approximate 10 medications the doctors have had me on recently including the new ones.  I have rarely taken any type of medication anytime in my life previously – nothing – and thus I believe they have a massive impact on me, but I must cure the lungs and throat.

5. The COVID 19 caused many long term heart, lung and brain effects to me, even though I have never smoked.  A search indicates that apparently Bronchitis is one of the long term effects as indicated below.  My overhealth health has taken a massive hit since COVID as I will explore further in additional application to this honorable court.  Per the literature:

**COVID Bronchitis**

"In COVID-19-related bronchitis, this is an issue of an excessive amount of sputum produced in the airways, resulting in coughing and chest congestion. The sputum also narrows the airways, making breathing more difficult," Galiatsatos explains.

"As for the bronchitis, patients may experience a cough that stays with them for months after the initial infection," he notes. "This frequent cough and ongoing chest congestion may have an impact on one's quality of life."

4 –

**Acute Respiratory Distress Syndrome (ARDS)**

If COVID-19 pneumonia progresses, more of the air sacs can become filled with fluid leaking from the tiny blood vessels in the lungs. Eventually, shortness of breath sets in, and can lead to acute respiratory distress syndrome (ARDS), a form of lung failure. Patients with ARDS are often unable to breath on their own and may require ventilator support to help circulate oxygen in the body.

Whether it occurs at home or at the hospital, ARDS can be fatal. People who survive ARDS and recover from COVID-19 may have lasting pulmonary scarring.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Respectfully submitted,

**Dated: 1/20/23**

                                **Ernest Calhoon            /s/**
                                _____
                                **Ernest Calhoon**
                                **of Attorneys for Plaintiffs**

///

///

///