|   |   |
|---|---|
| 1 | Ernie Calhoon |
| 2 | 8282 Sierra Avenue, Suite 4131 |
|   | Fontana, CA 92335 |
| 3 | 760-239-6663 |
| 4 | (calhoonlaw@yahoo.com) |
| 5 | Attorneys for Plaintiff |

**FEDERAL DISTRICT COURT FOR CALIFORNIA**

**CENTRAL DISTRICT, EASTERN DIVISON**

| | |
|---|---|
| **Ernie Calhoon et al**<br>　　　　　Plaintiffs,<br>v.<br>**State Bar of California et al**<br>　　　　　Defendants. | CASE No: **5:22-cv-01725-JGB-SHK**<br><br>SUPPLEMENT TO RULE 60 MOTION TO SET ASIDE DISMISSAL AND ALLOW MATTER TO PROCEED AND REQUEST FOR ORAL HEARING ON SAME |

I, Ernie Calhoon, Declare:

1.　　　Further to the declaration in the Rule 60 Motion:

2.　　　Please note that due the phone calls I received my focus was on the need for a Motion to Seal for which I fashioned one in haste when received the Order to Show Cause from the court, but I had engaged a lawyer from the law library who purportedly knew what he was doing. Later on I found out he was disbarred and insane and have attempted to remove him from everything he was supposedly working on (including this) and obtain materials back.  I have many matters for many clients, some extremely urgent such as for a 3 and 5 year old, little siblings of color, who were taken by a corrupt jurist who has since been thrown

1 –

off of that case and this overwhelms me. I was called and told about a need for a Motion/Application or something re: sealing and so that was my only focus, which was my mistake which became my mistake after speaking at length to the court clerks about the need for this item and without any form or guidance on how to do that. It was so much my focus that the court that when I responded to the OSC that was all I attempted filing that motion as that is all I was aware of, but that was my mistake and all I knew about. I have had severe health problems wth near death experiences fairly recently including head on car crash with severe injuries nearly causing death and then COVID 19 nearly killing me. My health has been extremely poor since nearly dying from COVID 19 and it is affecting everything else too. If I was ever aware of anything else needed on this matter besides the sealing issue and serving the complaint, I completely forgot and was unaware of it. I don't believe I was ever aware, but if I was due health crises I have not been at my best. I learned from an actual competent expert what was missing only late last week and those are being submitted now – Case Information and Certificate of Interested parties – submitted with my apologies and request to please grant set aside based upon excusable inadvertence, surprise and/or neglect and attorney affidavit of fault so this matter may move forward. I could still have the complaint served this week and meet the 120 day deadline as to that I was advised of by the fine clerks on the phone and was aware of. I was aware of that and sealing application, and nothing else, until late last week. I have been inundated with bad health and many important matters, much I am working uncompensated on to save children's lives and without me no

2 –

one else will do it. The 3 and 5 year olds whose judge was corrupt and removed from the case are attached hereto as exhibit 1. This case was "blowing up" at the same time this case was filed, likely on statutory deadline and so I very much need this case to not be dismissed even without prejudice. I help the children under Business and Professions Code Section 6068(h) as is my sworn duty as an officer of the court. I wish I received more help by other officers of the court, but I don't seem to.

3.  Engaging in fighting for children such as those at exhibit 1 is excruciating and no amount of money can replace or compare with children for Rosa the latina Grandmother who, along with her daughter and husband, all of color and in southern California, want more than anything these children in Exhibit "1" back and I fight for them uncompensated against corrupt jurist(s), lawyers (committing felonies on the matter) and more when no one else will help these children. It's obviously in the children's best interests to be with their southern California family here, but due corruption (judge already removed, but much more fighting to do) that doesn't happen automatically in California Family Law, and Santa Clara County which is doing this is reputed to be one of the most corrupt anywhere. I see no reason that the reputation is not true. (incidentally, photo of the children I am fighting for are attached with permission of the parent(s), my client, who understands that due her matter I have had to ask to continue several matters.)

4.  I ask that this file be sealed and I can provide vast records about my disabilities which do affect me here and I also put enormous time,

– 3 –

energy and love into saving children, often largely or completely uncompensated as is the case with the 2 siblings of color in exhibit "1". No one else will help to reach a just result except me and I do, and I have several of these matters and other matters which also keep me occupied and I am sorry I did not address the needs of this matter sooner.  I was unaware of them until late last week – unaware I submit due excusable inadvertence, surprise and/or neglect and attorney affidavit of fault.

5.  The disbarred/engaged counsel who supposedly knew what they were doing's only focus was some sort of non stip and they got nothing done.  I was only aware of the Sealing issue and that the complain should be served by the deadline and relied on an insane disbarred attorney who was engaged to help and said they knew what they were doing.  They do not and I only learned of the disbarment subsequently, and still tried to work with them until I ascertained they're completely insane which took longer to figure out.   Now they won't even return materials taken from me and it's more insanity.  The clerks called and placed me on another task and then the  Complaint can still be served

6.  The court will note it's own order does not state the Case Information Statement or Notice of Interested Parties, and, thus, upon reading it I still no idea what the urgent concern was beyond sealing and serving within 120 days.  That was my error, and the insane disbarred lawyer and whirlwind he created on many matters he was supposedly "helping on" caused the response to the OSC to be a little late.  I am very sorry for that.  I didn't know he was insane and disbarred and was relying on him and by the time I settled enough from the chaos he created I remembered on of several items he was supposedly working on (and supposedly an expert, with more legal experience than my 37 years), but one item was responding

4 –

      to the OSC in this matter and he hadn't done anything, and thus the rough drafts I had sent him per his direction were filed as is so that something would get filed. As you will note I was still completely unaware of the Case Information Statement and Certificate of Interested persons even at that time. I had no idea that was the problem until I reached an actual expert last week who told me this.

7.     Filed with this supplemental to Rule 60 application are the Case Information Statement and Certificate of Interested Parties, Attached as exhibits 2 and 3 and also filed herewith if the filing system will allow.

8.     The Court's OSC stated as follows, and gave only a week to respond, the week eaten up entirely by the supposed expert, insane disbarred lawyer and whirlwind he created:

"On September 29, 2022, Plaintiff filed his complaint. ("Complaint," Dkt. No. 1.) On October 3, 2022, the Complaint was flagged for filing deficiencies. (Dkt. No. 6.) Since then, there has been no activity in this case. Rule 41(b) of the Federal Rules of Civil Procedure grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute his case with 'reasonable diligence' to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, it appears that Plaintiff has failed to prosecute the case with reasonable diligence because his case has been dormant for months. Accordingly, the Court orders Plaintiff to show cause in writing no later than December 16, 2022, why this action should not be dismissed for failure to prosecute."

    I didn't glean from this any need other than what the clerks had told me about re: needs re: sealing and service within 120 days – or at least that is all I remembered, but I'm far from my best – but still good enough to get a corrupt jurist removed in my efforts to save the little girls in Exhibit "1" – removing a jurist a quite extraordinary task that few, if any, could accomplish, but I did for these little girls under BP 6068(h), and much more for several more and another matters inundating me, but I would have met the needs of this matter too. I just was simply not aware of them due excusable inadvertence, surprise, neglect and

5 –

attorney affidavit of fault.

9. My original Rule 60 Application is also all true and correct under not just California, but also federal Law.

10. My health has been very bad even moreso since at least early October and becoming critical around Christmas and growing worse, doctors placing me on 4 medications a couple of weeks ago largely incapacitating me and now diagnosing with acute bronchitis and more medications and a nebulizer.   I apologize for any delay as to anything.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Dated: 1/23/23

**Ernie Calhoon          /s/**
_____
**Ernie Calhoon, Plaintiff**

///

///

///

6 –

Exhibit "1"



# Exhibit "2"

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ernie Calhoon

**DEFENDANTS**
State Bar of California, California Supreme Court, California Judical Branch

**(b)** County of Residence of First Listed Plaintiff: **San Bernardino**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **All CA Counties**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ernie Calhoon, 8282 Sierra Avenue, Suite 4131, Fontana, CA 92335

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[x] 446 Amer. w/Disabilities - Other

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1201 et seq., 42 USC 1983, Due Process Clauses, Equal Protection, etc.

Brief description of cause:
Violation of Privacy including under ADA, 42 USC 1201 et seq, and Civil Rights and Collaboraton Re: Same 42 USC 1983, Due Process Violation

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 100,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Honoable Jesus Bernal
DOCKET NUMBER: 

DATE: 1/23/23
SIGNATURE OF ATTORNEY OF RECORD: Ernie Calhoon /s/

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Exhibit "3"

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ernie Calhoon
8282 Sierra Avenue
Fontana, CA 92335
760-239-6663

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ernie Calhoon | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:22-cv-01725-JGB-SHK |
| v. | |
| State Bar of Californa et al | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Ernie Calhoon
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| State Bar of California | Defendant |
| Californa Supreme Court | Defendant |
| Californa Judicial Branch | Defendant |

1/23/23            Ernie Calhoon  /s/
Date               Signature

Attorney of record for (or name of party appearing in pro per):

Ernie Calhoon in Pro Per

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES