NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ernie Calhoon
8282 Sierra Avenue
Fontana, CA 92335
760-239-6663

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernie Calhoon<br><br>Plaintiff(s),<br>v.<br><br>State Bar of Californa et al<br><br>Defendant(s) | CASE NUMBER:<br>5:22-cv-01725-JGB-SHK<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Ernie Calhoon
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| State Bar of California | Defendant |
| Californa Supreme Court | Defendant |
| Californa Judicial Branch | Defendant |

1/23/23
Date

Ernie Calhoon   /s/
Signature

Attorney of record for (or name of party appearing in pro per):

Ernie Calhoon in Pro Per

CV-30 (05/13)                           **NOTICE OF INTERESTED PARTIES**