# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE CALHOON<br><br>Plaintiff(s),<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:22–cv–01725–JGB–SHK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __1/23/2023__

Document No.:  __15, 16__

Title of Document:  __Civil Cover Sheet, Notice of Interested Parties__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil cover sheet CV 71; Notice of interested parties

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __January 23, 2023__    By: __/s/ Trina DeBose  trina_debose@cacd.uscourts.gov__
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS